**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF WYOMING**

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2026 JAN 13 PM 2:46
MARGARET BOTKINS, CLERK
CHEYENNE

**UNITED STATES OF AMERICA,**

Plaintiff,

**v.**

**MICHAEL COLLINS GUENZEL,**

Defendant.

**No.** 26-CR-005-J

**Ct 1-5: 18 U.S.C. § 2251(a), (e)**
(Sexual Exploitation of a Child)

**Ct 6: 18 U.S.C. § 2423(a)**
(Travel with Intent to Engage in Illicit Sexual Conduct with a Minor)

**Ct 7: 18 U.S.C. § 2252A(a)(2)(A), (b)(1)**
(Receipt of Child Pornography)

**Ct 8: 18 U.S.C. § 2252A(a)(5)(B), (b)(2)**
(Possession of Child Pornography – Prepubescent Minors)

**Ct 9: 18 U.S.C. § 2252A(a)(5)(B), (b)(2)**
(Possession of Child Pornography)

Forfeiture Notice

# INDICTMENT

THE GRAND JURY CHARGES THAT:

## COUNT ONE

On or about June 22, 2025, in the District of Wyoming and elsewhere, the Defendant, **MICHAEL COLLINS GUENZEL**, used, persuaded, induced, and enticed a minor, namely, minor victim, to engage in sexually explicit conduct for the purpose of producing visual depictions

of such conduct, and such visual depictions were actually transmitted using means and facilities of interstate commerce, namely, the Internet and cellular telephone networks.

In violation of 18 U.S.C. § 2251(a), (e).

**COUNT TWO**

On or about June 23, 2025, in the District of Wyoming and elsewhere, the Defendant, **MICHAEL COLLINS GUENZEL**, used, persuaded, induced, and enticed a minor, namely, minor victim, to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, and such visual depictions were actually transmitted using means and facilities of interstate commerce, namely, the Internet and cellular telephone networks.

In violation of 18 U.S.C. § 2251(a), (e).

**COUNT THREE**

On or about June 25, 2025, in the District of Wyoming and elsewhere, the Defendant, **MICHAEL COLLINS GUENZEL**, used, persuaded, induced, and enticed a minor, namely, minor victim, to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, and such visual depictions were actually transmitted using means and facilities of interstate commerce, namely, the Internet and cellular telephone networks.

In violation of 18 U.S.C. § 2251(a), (e).

**COUNT FOUR**

On or about June 28, 2025, in the District of Wyoming and elsewhere, the Defendant, **MICHAEL COLLINS GUENZEL**, used, persuaded, induced, and enticed a minor, namely, minor victim, to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, and such visual depictions were actually transmitted using means and facilities of interstate commerce, namely, the Internet and cellular telephone networks.

In violation of 18 U.S.C. § 2251(a), (e).

**COUNT FIVE**

On or about July 6, 2025, in the District of Wyoming and elsewhere, the Defendant, **MICHAEL COLLINS GUENZEL**, used, persuaded, induced, and enticed a minor, namely, minor victim, to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, and such visual depictions were actually transmitted using means and facilities of interstate commerce, namely, the Internet and cellular telephone networks.

In violation of 18 U.S.C. § 2251(a), (e).

**COUNT SIX**

Between on or about June 28, 2025, through on or about July 3, 2025, in the District of Wyoming and elsewhere, the Defendant, **MICHAEL COLLINS GUENZEL**, did knowingly travel in interstate commerce from Wyoming to New Mexico for the purpose of engaging in illicit sexual conduct, as defined in Title 18, United States Code, Sections 2423(g), with another person, namely, minor victim.

In violation of 18 U.S.C. § 2423(b).

**COUNT SEVEN**

From on or about June 22, 2025, through and including on or about July 6, 2025, in the District of Wyoming, the Defendant, **MICHAEL COLLINS GUENZEL**, did knowingly receive child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been mailed, shipped, and transported in interstate commerce by any means, namely, the Internet and cellular telephone networks.

In violation of 18 U.S.C. § 2252A(a)(2)(A), (b)(1).

**COUNT EIGHT**

On or about July 7, 2025, in the District of Wyoming, the Defendant, **MICHAEL COLLINS GUENZEL**, did knowingly possess material which contains images of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that involves

prepubescent minors, and which was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce, namely, an Apple iPhone Serial Number G7N3J427LC, not a product of Wyoming.

In violation of 18 U.S.C. § 2252A(a)(5)(B), (b)(2).

## COUNT NINE

On or about September 25, 2025, in the District of Wyoming, the Defendant, **MICHAEL COLLINS GUENZEL**, did knowingly possess material which contains images of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), and which was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce, namely, a Samsung Tablet, not a product of Wyoming.

In violation of 18 U.S.C. § 2252A(a)(5)(B), (b)(2).

## FORFEITURE NOTICE

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture. As authorized by 18 U.S.C. § 2253 and upon the conviction of an offense in violation of 18 U.S.C. §§ 2251 or 2252A, the Defendant, **MICHAEL COLLINS GUENZEL**, shall forfeit to the United States of America any visual depiction described in 18 U.S.C. §§ 2251 or 2252A or any matter which contains any such visual depiction, which was possessed, produced, transported, mailed, shipped or received in violation of 18 U.S.C. §§ 2251 or 2252A; and any personal property used or intended to be used to commit and to promote the commission of the offenses. The property to be forfeited includes but is not limited to:

- A SanDisk Cruzer thumb drive;
- A Samsung Tablet;
- An Apple iPhone, Serial Number G7N3J427LC;
- A Samsung TracFone;
- A BLU Smartphone;

- A PNY thumb drive;
- A Samsung Galaxy Note 9;
- Gorilla Thumb drive;
- Hitachi HHD;
- A Redmi Cellphone;
- An Apple Laptop; and
- An Apple iPhone, Serial Number FFWCWFEEPLJP.

A TRUE BILL:

*INK SIGNATURE ON FILE*
FOREPERSON

DARIN D. SMITH
United States Attorney

## PENALTY SUMMARY

**DEFENDANT NAME:** **MICHAEL COLLINS GUENZEL**

**DATE:** January 13, 2026

**INTERPRETER NEEDED:** No

**VICTIM(S):** Yes

**OFFENSE/PENALTIES:**

**Ct: 1-5** **18 U.S.C. § 2251(a), (e)**
(Sexual Exploitation of a Child)

15-30 Years Imprisonment
Up To $250,000 Fine
5 Years To Life Supervised Release
$100 Special Assessment
$5,000 Special Assessment Pursuant To The Victims Of Sex Trafficking Act Of 2015
Up To $50,000 Special Assessment And Mandatory Restitution Of Not Less Than $3,000 Per Requesting Victim Pursuant To The Amy, Vicky, And Andy Child Pornography Victim Assistance Act Of 2018

**Ct: 6** **18 U.S.C. § 2423(a)**
(Travel with Intent to Engage in Illicit Sexual Conduct with a Minor)

Up to 30 Years Imprisonment
Up To $250,00 Fine
5 Years To Life Supervised Release
$100 Special Assessment
$5,000 Assessment (Justice For Victims Of Trafficking Act)

**Ct: 7** **18 U.S.C. § 2252A(a)(2)(A), (b)(1)**
(Receipt of Child Pornography)

5-20 Years Imprisonment
Up To $250,000 Fine
5 Years To Life Supervised Release
$100 Special Assessment
$5,000 Special Assessment Pursuant To The Victims Of Sex Trafficking Act Of 2015
Up To $35,000 Special Assessment And Mandatory Restitution Of Not Less Than $3,000 Per Requesting Victim Pursuant To The Amy, Vicky, And Andy Child Pornography Victim Assistance Act Of 2018

**Ct: 8** **18 U.S.C. § 2252A(a)(5)(B), (b)(2)**
(Possession of Child Pornography, Prepubescent Minors)

0-20 Years Imprisonment
Up To $250,000 Fine
5 Years To Life Supervised Release
$100 Special Assessment
$5,000 Special Assessment Pursuant To The Victims Of Sex Trafficking Act Of 2015
Up To $17,000 Special Assessment And Mandatory Restitution Of Not Less Than $3,000 Per Requesting Victim Pursuant To The Amy, Vicky, And Andy Child Pornography Victim Assistance Act Of 2018

**Ct: 9** **18 U.S.C. § 2252A(a)(5)(B), (b)(2)**
(Possession of Child Pornography)

0-10 Years Imprisonment
Up To $250,000 Fine
5 Years To Life Supervised Release
$100 Special Assessment
$5,000 Special Assessment Pursuant To The Victims Of Sex Trafficking Act Of 2015
Up To $17,000 Special Assessment And Mandatory Restitution Of Not Less Than $3,000 Per Requesting Victim Pursuant To The Amy, Vicky, And Andy Child Pornography Victim Assistance Act Of 2018

| | |
|---|---|
| **TOTALS:** | 80-230 Years Imprisonment<br>Up To $2,250,000 Fine<br>5 Years To Life Supervised Release<br>$900 Special Assessment<br>$45,000 Special Assessment Pursuant To The Victims Of Sex Trafficking Act Of 2015<br>Up To $319,000 Special Assessment And Mandatory Restitution Of Not Less Than $3,000 Per Requesting Victim Pursuant To The Amy, Vicky, And Andy Child Pornography Victim Assistance Act Of 2018 |
| **AGENT:** | Daniel Brown, DCI |
| **AUSA:** | Mackenzie R. Morrison, Assistant United States Attorney |
| **ESTIMATED TIME OF TRIAL:** | 1 to 5 days |
| **WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:** | Yes. |
| **ARE THERE DETAINERS FROM OTHER JURISDICTIONS:** | Yes. |