FILED
UNITED STATES DISTRICT COURT DISTRICT OF WYOMING
3:45 pm, 6/17/26
Margaret Botkins
Clerk of Court

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

UNITED STATES OF AMERICA

Plaintiff,

vs.

MICHAEL COLLINS GUENZEL

Defendant.

Case Number: 26-CR-5-ABJ

## CRIMINAL MINUTE SHEET - MOTION HEARING

Int. Telephone: N/A    Interpreter: N/A

Date: 06/17/2026    Time: 9:33 am- 10:36 am, 10:50 am- 12:09 pm, 1:17 pm- 2:31pm, 2:47 pm- 3:15 pm

| Alan B. Johnson | Heather Casey | Melanie Sonntag | Brandi Monger |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |
| | Lauren Kuzmanovich | N/A | |
| | U.S. Marshal | U.S. Probation Officer | |

Attorney(s) for Government: Mackenzie Morrison

Attorney(s) for Defendant(s): Peter Craig Silva

Witness(es) for Government: Cole Verner, Matthew Peckerman, Carson Schilt, Daniel Brown

Witness(es) for Defendant(s): Mark Pfoff

| Gov/Dft | Doc # | Motion to/for | Disposition |
|---|---|---|---|
| Dft | 23 | Motion to Suppress | Denied |

Other:
Defendant present in Court with Counsel.
Direct examination (Gov) of former Probation officer Cole Verner (9:43 am-10:36 am)
Government's exhibits 1, 2, 3, 4, 5 admitted and received.
Cross examination (Def) of witness Cole Verner (10:50 am- 11:08 am)
Re-direct examination (11:08 am- 11:25 am)
Re-cross examination (11:26 am- 11:28 am)
Direct examination (Gov) of Officer Matthew Peckerman (11:28 am- 11:31am)

Cross examination (Def) (11:31 am-11:33)
Defendant's exhibits A-K admitted and received.
Direct examination (Gov) of Detective Carson Schilt (11:34 am-11:40 am)
Cross examination (11:40 am- 11:48 am)
Defense calls Gov. witness- direct examination Special Agent Daniel Brown (11:50 am- 12:03 pm)
Cross examination (Gov) of Daniel Brown (12:03 pm- 12:05 pm)
Government and Defense request to Seal exhibits G, H, I, J, K, on [ECF 23]
Court will grant and order the above exhibits to be non-public. Cannot be revealed except by court order.
Direct Examination of Defense Expert Witness Mark Pfoff (1:18 pm- 1:29 pm)
Voir dire by Government (1:29 pm- 1:31 pm)
Direct Examination continued by Defense (1:31 pm-1:34 pm)
Cross exam by Gov- (1:36 pm- 1:50 pm)
Re-Direct examination (1:50 pm- 1:51)
Gov argument 1:52 pm- 2:24 pm
Def argument 2:24 pm- 2:31 pm
Recessed at 2:31 pm
Court reconvenes 2:47 pm
Order to follow.