FILED
UNITED STATES DISTRICT COURT DISTRICT OF WYOMING
11:54 am, 7/10/26
Margaret Botkins
Clerk of Court

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF WYOMING

UNITED STATES OF AMERICA

vs.

Michael Collins Guenzel

Defendant.

Case Number: 26-CR-00005-ABJ

## ARRAIGNMENT/CHANGE OF PLEA MINUTE SHEET

Date July 10, 2026 Time 10:33 - 11:49 AM

☐ Arraignment ☑ Change of Plea Before the Honorable Alan B. Johnson

Interpreter: N/A Int. Phone: N/A

| Tina Ortiz | Melanie Sonntag | Laura M. Harris | Lauren Kuzmanovich |
|---|---|---|---|
| Clerk | Court Reporter | Probation Officer | U.S. Marshal |

APPEARANCES Government: Mackenzie Morrison

Defendant: Peter Silva

☑ FPD ☐ PANEL-CJA ☐ RETAINED ☐ WAIVED

☐ Defendant Waives Indictment

☐ Information filed by Government

☐ Superseding Indictment/Information filed by Government

**DEFENDANT ENTERS A PLEA OF**

☐ Not Guilty to Count(s) ________ of an Indictment

☑ Guilty to Count(s) 1-7, 9 of an Indictment

☐ *Nolo Contendere*

**NOT GUILTY PLEA**

☐ Court accepts *Nolo Contendere* Plea

☐ Court orders discovery per Rule 16 FRCrP

☐ Court orders access to Grand Jury Transcripts

☐ Motions to be filed in ________ days or on/before ________

☐ Trial date set for ________ at ________ in ________

☐ Speedy trial expires on ________

**GUILTY PLEA**

☑ Court is satisfied there is factual basis for plea of guilty

☑ Defendant referred to probation for presentence investigation

☑ Defendant advised on consequences of a plea of guilty

☑ Plea agreement filed

☑ Sentencing set for September 17, 2026 at 9:30 am in Cheyenne Courtroom 2

☐ Plea conditionally accepted

☑ Count(s) 8 to be dismissed at time of sentencing

☐ Other ________

BOND IS

☑ Defendant is detained

☐ Set at ________________ ☐ Cash or Surety ☐ Unsecured

☐ Continued on the same terms and conditions

☐ Continued on bond with the following conditions:

☐ Released on bond with the following conditions:

☐ 3rd party custody of ________________

☐ Report to Pretrial Services as directed

☐ Maintain current residence

☐ Not use or possess firearms/ammunition/explosives

☐ Not use or possess alcohol

☐ Submit to drug/alcohol testing

☐ Surrender passport to ________________

☐ Obey all laws. Federal, State and Local

☐ Undergo Medical/Psychiatric treatment/exam

☐ Seek/Maintain employment

☐ Travel restricted to ________________

☐ Abide by the following curfew ________________

☐ Not use or possess controlled substances/drugs

☐ Not use alcohol to excess

☐ Avoid all contact with ________________

☐ Post property or sum of money ________________

☐ Do not obtain passport

☐ Other ________________________________