FILED

12:51 pm, 11/16/26

Margaret Botkins
Clerk of Court

# UNITED STATES DISTRICT COURT
# DISTRICT OF WYOMING
## CRIMINAL MINUTE SHEET
## SENTENCING

Date: November 16, 2026 — Before the Honorable: Alan B. Johnson

Time: 9:46 am- 10:43 am — Interpreter: N/A

Case No: 26-CR-05-ABJ — Interpreter Phone: N/A

☐ Non-Public Document

UNITED STATES OF AMERICA VS MICHAEL COLLINS GUENZEL

| Heather Casey | Melanie Sonntag | Laura M. Harris | Jon Barcelo |
|---|---|---|---|
| Clerk | Reporter | Probation Officer | Marshal |

**APPEARANCES**

Government: Mackenzie Morrison

☐ CJA ☑ FPD ☐ RET ☐ WAIVED — Defendant: P. Craig Silva

Other:

☑ Defendant acknowledges having read the presentence report

☐ Objections to presentence report

No objections submitted.

☐ Witness(es)

☐ Exhibits received by Court

**SENTENCING INFORMATION**

☑ Defendant is committed to custody

For a period of 360 Months as to Count(s) 1-5, 6

For a period of 240 Months as to Count(s) 7

For a period of 120 Months as to Count(s) 9

☑ Sentence shall be served concurrent to all counts

☐ Defendant is sentenced to time served

☐ Plus up to ten (10) days to allow for deportation proceedings

☑ Upon release from custody, the defendant shall be on **supervised release**

| | | | |
|---|---|---|---|
| For a period of | 10 Years | as to Count(s) | 1-5 |
| For a period of | 10 Years | as to Count(s) | 6 |
| For a period of | 10 Years | as to Count(s) | 7 |
| For a period of | 10 Years | as to Count(s) | 9 |

☑ Supervised Release shall be served concurrent to all counts

☐ Defendant to be deported upon release from confinement

☐ Defendant is placed on **probation** for a period of ______

## CONDITIONS OF PROBATION/SUPERVISED RELEASE

☑ Obey all laws, Federal, State & Local

☑ Abide by the standard conditions of supervision

☐ Home confinement for a period of ______

☑ Not use or possess firearms/ammunitions/explosives

☑ Not purchase, use or possess alcohol/intoxicants; frequent places where alcohol is bought, sold or dispensed

☐ Submit to mandatory drug testing (w/in 15 days of release)

☐ Notify Probation of change in economic circumstance

☑ Notify employers of conviction

☑ Standard Sex Offender Conditions Apply

☑ Mental Health evaluation and follow through

☑ Report to Probation w/in 72 hours of release

☐ Provide complete financial disclosure as directed

☑ Electronic monitoring as directed by Probation

☑ Not use or possess controlled substances/drugs

☐ Not open new lines of credit or incur new debt

☐ Submit to additional drug/alcohol testing and treatment

☑ Mandatory drug testing is waived

☑ DNA collection

☑ Cognitive/Behavioral Treatment

☑ Submit to search as conducted by US Probation Officer

☐ Other (continued from conditions of Probation/Supervised Release)

See Judgment for additional conditions

## MONETARY IMPOSITIONS

☑ Defendant shall pay **special assessment(s)** in the amount of $500.00 as to Count(s) 1-5

☑ Defendant shall pay **special assessment(s)** in the amount of $100.00 as to Count(s) 6

☑ Defendant shall pay **special assessment(s)** in the amount of $100.00 as to Count(s) 7

☑ Defendant shall pay **special assessment(s)** in the amount of $100.00 as to Count(s) 9

☑ Defendant shall pay **special assessment(s)** in the amount of $5,000.00 as to Count(s) all counts

For a total of: $5,800.00

☑ Special assessment is due and payable immediately

☑ Special assessment shall be paid through the Inmate Financial Responsibility Program and any balance not paid shall be paid during the term of supervision but no later than 60 days prior to the expiration of supervision

☑ Special assessment shall be paid in monthly installments of at least 10% of the defendant's gross monthly income during the term of supervision

☐ Special assessment remitted upon deportation of the defendant

☐ Other ____________________

☐ Defendant shall make **restitution** in the amount of ________ as to Count(s) ________

For a **total** of: ________

☑ Restitution is due and payable immediately

☑ Restitution shall be paid through the Inmate Financial Responsibility Program and any balance not paid shall be paid during the term of the supervision but no later than 60 days prior to the expiration of supervision

☑ Restitution shall be paid in monthly installments of at least 10% of the defendant's gross monthly income, during the term of supervision

☐ Restitution shall be paid jointly and severally with ________ during the term of supervision

☑ Other Restitution to remain open for 90 days.

☐ Interest requirement for fine/restitution/special assessment is waived

## INMATE DETENTION STATUS

☑ Defendant is **remanded** to custody of US Marshal

☐ Defendant shall **surrender** to ________ USMS on/before ________ at ________

☐ Defendant shall **surrender** to designated prison on/before ________ at ________

☐ Defendant shall report to institution as directed by Probation

☑ Court **recommends placement** at FCI Sheridan, FCI Englewood, or FCI Marion due to the sex offender treatment programs and FCI Englewood being the closest placement to home.

☐ Court recommends defendant participate in the prison industries program

☐ Court recommends defendant participate in Bureau of Prison's 500-hour Residential Drug Treatment Program

☐ Court recommends defendant participate in substance abuse treatment while incarcerated

☐ Court recommends ICE shall begin deportation proceeding during the service of this sentence

☑ Defendant advised of right to appeal ☐ Defendant waives right to appeal

☑ Defendant shall forfeit the following property SanDisk Cruzer thumb drive, a Samsung Tablet, an Apple iPhone bearing serial number G7N3J427LC, a Samsung TracFone, a BLU Smartphone, a PNY thumb drive, a Samsung Galaxy Note 9, a Gorilla thumb drive, a Hitachi HHD, a Redmi cellphone, an Apple laptop, and an Apple iPhone bearing serial number FFWCWFEEPLJP

☑ Count(s) 8 of the Indictment **dismissed** on the motion of the United States

☐ Other ____________________

## MISCELLANEOUS