P. Craig Silva, Wyoming Bar No. 6-3066
Asst. Federal Public Defender
104 South Wolcott Street, Suite 550
Casper, Wyoming 82601
Phone: 307-772-2781
Facsimile: 307-772-2788
Email: craig_silva@fd.org

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL COLLINS GUENZEL,<br><br>Defendant. | Case No. 26-CR-05-ABJ |

**NOTICE OF APPEAL**

Notice is hereby given that Defendant Michael Collins Guenzel, by and through his court-appointed counsel, P. Craig Silva, Assistant Federal Public Defender, hereby appeals the Judgment entered by the United States District Court on November 16, 2026, [ECF No. 56], to the United States Court of Appeals for the Tenth Circuit.

DATED this 16th day of November 2026.

Respectfully submitted,

TRACY R. HUCKE
Federal Public Defender

/s/ *P. Craig Silva*
P. CRAIG SILVA
Assistant Federal Public Defender

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served on November 16, 2026, by electronic filing.

/s/ *P. Craig Silva*
P. CRAIG SILVA